UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MICHAEL STARKEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EDWARD HERNANDEZ,<br><br>　　　　　Defendant. | Case No.: 3:17-cv-01158-JLS-KSC<br><br>**ORDER ALLOWING CONFIDENTIAL PHONE CALL BETWEEN PLAINTIFF AND HIS COUNSEL**<br><br>[Doc. No. 85] |

　　　Before the Court is a motion for an order allowing a confidential phone call between plaintiff and his counsel. Doc. No. 85. Counsel is unable to meet with plaintiff in person due to restrictions on prison visitation necessitated by the COVID-19 pandemic. *Id.* at 1.

　　　Good cause appearing, counsel's motion is hereby **GRANTED**. Plaintiff Adam Michael Starkey (AP1831) shall be allowed to have a confidential phone call with his counsel (Lawrance A. Bohm, Kelsey K. Ciarimboli, and/or Jared M. Kaye), in accordance with the protocol of Centinela State Prison. Centinela State Prison is requested to coordinate the call.

**IT IS SO ORDERED.**

Dated: February 23, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Karen S. Crawford
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge