UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MICHAEL STARKEY,<br><br>                          Plaintiff,<br><br>vs.<br><br>EDWARD HERNANDEZ,<br><br>                          Defendant. | Case No.:  17-CV-1158 JLS (KSC)<br><br>**ORDER (1) VACATING STATUS HEARING AND (2) ORDERING JOINT STATUS REPORT** |

      In light of the Parties' representation that they have reached a mutual agreement to settle this matter, *see* ECF No. 97, the Court **VACATES** the status hearing scheduled for November 4, 2021.  The Court **ORDERS** the Parties to file a joint status report updating the Court on the status of the proposed settlement agreement.  The status report must be filed <u>on or before November 4, 2021</u>.  Based on the Parties' status report, the Court will set a deadline for filing a joint motion to dismiss this matter.

      **IT IS SO ORDERED.**

Dated:  November 1, 2021

                                            Hon. Janis L. Sammartino
                                            United States District Judge