UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MICHAEL STARKEY,<br><br>                          Plaintiff,<br><br>vs.<br><br>EDWARD HERNANDEZ,<br><br>                          Defendant. | Case No.:  17-CV-1158 JLS (KSC)<br><br>**ORDER SETTING DEADLINE FOR FILING OF JOINT MOTION FOR DISMISSAL** |

In the Parties' Joint Status Report (ECF No. 100), the Parties state they have agreed to a mutual settlement agreement that was executed on September 27, 2021.  The Parties **SHALL FILE** a joint motion for dismissal with the Court, and a separate proposed order for dismissal e-mailed to the Court's efile e-mail address, on or before **March 15, 2022**.  If a joint motion for dismissal and proposed order thereon cannot be provided on or before the date indicated above, the Parties shall file a joint status report at least one court day before the date indicated above to explain the reasons therefor.

**IT IS SO ORDERED.**

Dated:  November 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge