UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MICHAEL STARKEY,<br><br>                              Plaintiff,<br><br>vs.<br><br>EDWARD HERNANDEZ,<br><br>                              Defendant. | Case No.: 17-CV-1158 JLS (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 103) |

   Presently before the Court is the Parties' Joint Motion to Dismiss (ECF No. 103). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** this action in its entirety. Each Party shall bear his own costs and attorneys' fees. The Clerk of the Court shall close the file.

   **IT IS SO ORDERED.**

Dated: March 21, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge